UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00044-RLV

| | | |
|---|---|---|
| **MSCI 2007-HQ12 PHILLIPS LANE, LLC,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LARRY DEAN AUSTIN,** | ) | |
| | ) | |
| Appellee. | ) | |

**THIS MATTER** is before the court on the Brief of Appellant MSCI 2007-HQ12 Phillips Lane, LLC. As Appellant notes in page 3 of their brief, these appeals are intrinsically related to the appeal in Case No. 5:17-cv-00026-RLV. Given the prior denial of that appeal, and having considered Appellant's brief and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the appeals referenced in the Brief of Appellant MSCI 2007-HQ12 Phillips Lane, LLC (#3) are **DISMISSED** as moot.

Signed: September 5, 2017

Max O. Cogburn Jr.
United States District Judge